IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

E.E.,                                    *

    Petitioner,                      *

vs.                                      *

                      CASE NO. 4:26-CV-23 (CDL)

WARDEN, STEWART DETENTION           *
CENTER,
                                         *

    Respondent.

_____          *

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 27, 2026.  There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 23rd day of June, 2026.

                    s/Clay D. Land
                    CLAY D. LAND
                    U.S. DISTRICT COURT JUDGE
                    MIDDLE DISTRICT OF GEORGIA